## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Deborah Susan Johnson,                             Civil No. 08-04 (RHK/JJK)

        Plaintiff,                                     **ORDER**

vs.

Pioneer Credit Recovery, Inc.
and Elizabeth Foster,

        Defendants.

---

      Pursuant to the parties' Stipulation (Doc. No. 11), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 29, 2008

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge